# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3243
LT Case No. 2024-CT-001837-A

_____

JOHN ESTEBAN SERNA,

> Appellant,

> v.

STATE OF FLORIDA,

_____

On appeal from the County Court for Seminole County.
John L. Woodard, III, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

December 16, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____